# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-2130
Lower Tribunal No. 22CF002798AOS

_____

LUIS ANGEL ROSARIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

February 6, 2024

PER CURIAM.

   AFFIRMED.

TRAVER, C.J., and STARGEL and WOZNIAK, JJ., concur.


Howard L. Dimmig, II, Public Defender, and Lisa B. Lott and Jami L. Chalgren, Assistant Public Defenders, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Allison Leigh Morris, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED